UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUDOLPH BETANCOURT,<br>    Plaintiff,<br>vs.<br><br>MMG PLANTATION SQUARE, LLC<br>AND ALBAWADI RESTAURANT, INC.,<br>    Defendant(s). | Case No: 24-cv-60819-RS |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, MMG PLANTATION SQUARE, LLC and ALBAWADI RESTAURANT, INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Evan Zuckerman
Evan Zuckerman (FBN: 52974)
    *Attorney for Defendant, MMG Plantation Square LLC*
Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd.
Hollywood, FL 33021
(954) 927-5330

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com

s/ Roderick V. Hannah
Roderick V. Hannah (FBN: 435384)
    *Attorney for Defendant, Albawadi Restaurant, Inc.*
4800 N. Hiatus Road
Sunrise FL 33351
(954) 363-3800
rhannah@rhannahlaw.com